UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NKOSI S. BROWN, Managing Intern, White House, Trump.org,

              Plaintiff,

-against-

WWW.JUNHAMPTON; WWW.MICHELLE-KENNEY.COM,

              Defendants.

24-CV-7173 (LTS)

BAR ORDER UNDER
28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff filed this action *pro se*. On August 6, 2025, the Court dismissed the action as frivolous, noted that Plaintiff had filed five other cases that were dismissed as frivolous or for lack of subject matter jurisdiction, and ordered Plaintiff, within 30 days, to show cause by declaration why he should not be barred from filing further actions *in forma pauperis* ("IFP") in this court without prior permission. Plaintiff did not file a declaration as directed. On September 22, 2025, the Court received notice that the August 6, 2025 order was returned to the Court as undeliverable. Plaintiff has not updated his address with the Clerk's Office, as required by the Standing Order issued by the Court and docketed in this action on September 23, 2025. *See In Re: Cases Filed By Pro Se Plaintiffs*, *This Matter Relates To: Duty of Self-Represented Parties to Keep Address Information Current*, No. 24-MC-127 (LTS) (S.D.N.Y. Mar. 18, 2024). Accordingly, the bar order will issue.[1]

---

[1] If Plaintiff updates his address with the Clerk's Office, moves for reconsideration of this order, and shows his intention to file a declaration in response to the August 6, 2025 order, the Court will consider such a declaration at that time.

## CONCLUSION

The Court hereby bars Plaintiff from filing future civil actions IFP in this court without first obtaining from the court leave to file. *See* 28 U.S.C. § 1651. Plaintiff must attach a copy of his proposed complaint and a copy of this order to any motion seeking leave to file. The motion must be filed with the Pro Se Intake Unit of this court. If Plaintiff violates this order and files an action without filing a motion for leave to file, the action will be dismissed for failure to comply with this order.

The Clerk of Court is directed to terminate any motions in this case.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is further directed to enter judgment in this action.

SO ORDERED.

Dated: November 3, 2025
        New York, New York

    /s/ Laura Taylor Swain
    LAURA TAYLOR SWAIN
    Chief United States District Judge