UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NKOSI S. BROWN, MANAGING INTERN, WHITE HOUSE, TRUMP.ORG,<br><br>                              Plaintiff,<br><br>         -against-<br><br>WWW.JUNHAMPTON; WWW.MICHELLE-KENNEY.COM,<br><br>                              Defendants. | 24-cv-7173 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the November 3, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 3, 2025
             New York, New York

                                              /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                         Chief United States District Judge